UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADLEY BANOVZ,

    Plaintiff,

v.

JOSEPH GULASH,

    Defendant.

Case No. 07-cv-688-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

| | |
|---|---|
| **DATED:** June 10, 2009 | JUSTINE FLANAGAN, Acting Clerk |
| | By:s/Deborah Agans, Deputy Clerk |

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**